

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| COUNTY OF EL PASO, TEXAS, | § | No. 08-19-00082-CV |
| Appellant, | § | Appeal from the |
| v. | § | 327th District Court |
| MONIQUE AGUILAR, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2016DCV2806) |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **June 13, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jo Anne Bernal, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before June 13, 2019.

IT IS SO ORDERED this 23rd day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.